UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. GELTZER,

                Plaintiff,

   -v-

UTIX GROUP, INC.,

                Defendant.

No. 07 Civ. 2472 (RJS)
<u>ORDER</u>

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 6/4/09*

<u>RICHARD J. SULLIVAN</u>, District Judge:

    The Court is in receipt of the parties' letter advising the Court that Defendant's bankruptcy proceeding is still pending.

    Accordingly, IT IS HEREBY ORDERED that, no later than October 1, 2009, and every 120 days thereafter, the parties shall submit a letter further advising the Court of the status of Defendant's bankruptcy proceeding.

SO ORDERED.

Dated:    June 3, 2009
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE