UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. GELTZER,

                Plaintiff,

-v-

UTIX GROUP, INC.,

                Defendant.

No. 07 Civ. 2472 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/09

RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of Defendant's letter advising the Court that Defendant's bankruptcy proceeding is still pending.

        Accordingly, IT IS HEREBY ORDERED that, no later than February 1, 2010, and every 120 days thereafter, the parties shall submit a letter further advising the Court of the status of Defendant's bankruptcy proceeding.

SO ORDERED.

Dated:      September 29, 2009
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE